IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:25CR122 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ENTRY OF APPEARANCE** |
| v. | ) | |
| | ) | |
| ISRAEL PEREZ, | ) | |
| | ) | |
| | ) | |
| Defendant. | | |

Yvonne Sosa hereby enters her appearance as counsel on behalf of the Defendant in the above-captioned case.

Please direct all future pleadings and correspondence to the undersigned.

DATED this 10th day of June, 2025.

Respectfully submitted,

Israel Perez, Defendant,

By /s/ Yvonne Sosa
 Yvonne Sosa
 Attorney for Defendant
 222 South 15th Street, #300N
 Omaha, NE 68102
 Telephone: (402) 221-7896
 Fax: (402) 221-7884
 E-Mail: yvonne_sosa@fd.org